**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52976.

Nov. 21, 1972.

Application denied; on the showing made at the hearing below, relator is not entitled to the relief sought.

268 So.2d 678

**J. C. DURBIN and Gary Lee Durbin**

v.

**ALLSTATE INSURANCE COMPANY.**

No. 52978.

Nov. 21, 1972.

Application not considered. Not timely filed. See Art. 7, Sec. 11, La.Const.1921.

268 So.2d 678

**Abel HARDY, Sr., et al.**

v.

**Raymond KIDDER.**

No. 52981.

Nov. 28, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

268 So.2d 679

**STATE of Louisiana ex rel. Samuel LANG**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52956.

Nov. 28, 1972.

Writ denied. Relator's application does not allege a ground warranting the granting of a hearing on writ of habeas corpus.